AB:SEF
F.#2011R00013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DOMINIC CARAMANICA,
DANIEL CILENTI,
    also known as "Uncle
    Danny,"
GLENN MAZZELLA and
PETER PACE, JR.,

    Defendants.

- - - - - - - - - - - - - - - - - -X

S T I P U L A T E D
P R O T E C T I V E
O R D E R

Cr. No. 11-0026 (JG)

    Pursuant to Federal Rule of Criminal Procedure 16(d), it is hereby stipulated and agreed by and between the United States of America, by Assistant United States Attorney Stephen E. Frank and the undersigned Defendant and Defense Counsel, that this Stipulated Protective Order shall govern the production of certain materials by the Government, and the Court Orders, as follows:

    1.    Approximately 830 compact discs and video digital recordings containing consensual recordings made by a cooperating witness between June 2006 and March 2010, which the Government intends to produce to the Defendant pursuant to Federal Rule of Criminal Procedure 16 and the terms of this Order, may not be disseminated beyond the defendants, their attorneys and their attorneys' legal staff.

2. These recordings and any copies made of these recordings will be returned to the government at the conclusion of this case.

Dated:   Brooklyn, New York
         ~~January~~   , 2011
         Feb 3,

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    Eastern District of New York

                              By:   _____
                                    Stephen E. Frank
                                    Assistant United States Attorney

                                    FOR DEFENDANT:

                                    _____
                                    Defendant

                                    _____
                                    Counsel to Defendant

Dated:   Brooklyn, New York
         January ___, 2011

SO ORDERED:

_____  2/3/11
THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE

2