<u>Criminal Calendar</u> — Status Conference.

Before: Judge John Gleeson, U.S.D.J.

Date: 3/1/11                           Time: 3:30pm - 3:45pm

DOCKET NUMBER: 11 CR 26    CASE NAME: USA v. Caramanica, et al

DEFENDANT'S NAME: Daniel Gilenti
✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: Joel S. Cohen
___ Legal Aid ✓ CJA ___ Retained

AUSA: Stephen E. Frank             Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language)

COURT REPORTER: Tony Mancuso

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT  Start 3/1/11  Stop 4/22/11

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:
- The parties have agreed upon a mutual neuropsychologist at NYU. The Court directs that the evaluation be performed and a report be submitted to the Court.
- The next Status Conference is set for April 22, 2011 at 11:30AM.
- This defendant will not have to appear at the 3/11/11 conference.