

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:SEF
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 19, 2011

**BY ECF and BY HAND**

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Daniel Cilenti
            Criminal Docket No. 11-0026 (JG)

Dear Judge Gleeson:

      The above referenced defendant is scheduled to appear for a status conference tomorrow concerning his competency evaluation by Dr. William Barr. Dr. Barr has advised the government that he received additional medical records from the defendant this week. Although Dr. Barr had previously prepared a preliminary report concerning the defendant's competency, he anticipates that he will be able to prepare a final report, incorporating any findings based on the newly received materials, by the middle of next week.

      The government has conferred with the defendant's counsel, Joel Cohen, and the parties would respectfully request that the Court adjourn tomorrow's status conference for two weeks – and enter an order excluding that time from speedy trial calculations – by which point we anticipate that we will be able to provide Dr. Barr's final report to the Court.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney

                  By:   /s Stephen E. Frank
                         Stephen E. Frank
                         Assistant U.S. Attorney
                         (718) 254-6143

cc: Joel Cohen, Esq.