<u>Criminal Calendar</u> — Status Conference

Before: Judge John Gleeson, U.S.D.J.

Date: 6/2/11                                    Time: 11:30 AM — 12:00 PM

DOCKET NUMBER: 11CR26       CASE NAME: USA v. Caramanica, et al

DEFENDANT'S NAME: Daniel Cilenti
___ Present  ✓ Not Present  ___ In Custody  ✓ Bail

DEFENSE COUNSEL: Joel S. Cohen
___ Legal Aid  ✓ CJA  ___ Retained

AUSA: Stephen E. Frank        Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Sheldon Silverman

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT  Start 6/2/11  Stop 7/15/11

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- Defense counsel makes an application to have another expert examine the deft.
- The Court directs the defense counsel to seek a new expert and notify Jerry Tritz of the costs involved and schedules a hearing on July 15, 2011 at 11:30 AM.