Joel S. Cohen, PC
128 Mott Street, Suite 706
New York, NY 10013
Tel:   212-571-8899
Fax: 212-571-9557
Email:jcesq99@aol.com

July 12, 2011

The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

Re: United States v.  Daniel Cilenti
    <u>11 CR 26 (JG))</u>

Dear Judge Gleeson:

     Your Honor scheduled a hearing for this Friday, July 15, 2011 at 11:30 AM to address the issue of Mr. Cilenti's competency.  With the consent of AUSA Stephen Frank I write to respectfully request that this matter be adjourned.  While Dr. Barr's report and Mr. Cilenti's prior medical records have been provided to him, Dr. Drob has not yet examined Mr. Cilenti.  Such an exam will take place shortly after July 29 when Dr. Drob returns from an out of state teaching commitment.

     As AUSA Frank will be on vacation from August 8 until August 21, I request that we adjourn until August 23, 24 or 25 or September 7, 8 or 9 if convenient to the Court.  Thank you.

                                                              Very truly yours,

                                                              /S

                                                             Joel S. Cohen (JC6998)

cc: AUSA Stephen E. Frank