2

## Stipulation Concerning Draft Transcripts

The government will provide draft transcripts and translations pursuant to the following standard stipulation:

A. Draft transcripts and/or translations provided to the defendant by the United States or copies, redacted copies or any portions thereof ("Draft Transcripts") cannot be used in any proceeding or at trial by any person, including persons who are not parties to the case;

B. The use of any Draft Transcripts by the defendant is limited to trial preparation for this case and the Draft Transcripts may not be used at trial by any defendant in any form or for any purpose, including use in cross-examination of any witness;

C. Draft Transcripts may not be furnished, directly or indirectly, by any defendant or defense counsel to anyone who has not signed this stipulation, other than legal staff of an attorney who has signed this stipulation if such people agree not to furnish the Draft Transcripts to others; and

D. Any violation of this Stipulation will require the immediate return of all Draft Transcripts to the United States.

If the terms of this stipulation are agreeable to you, please indicate your acceptance of these terms by signing below and returning this agreement.

I hereby agree to terms of the Draft Transcript stipulation:

_____
Counsel to defendant   (FOR DAN CILENTI)