

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MT  
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 18, 2011

**Via FedEx and ECF**

Joel S. Cohen, Esq.
128 Mott Street
New York, NY 10013

      Re:  <u>United States v. Daniel Cilenti</u>
           <u>Criminal Docket No. 11-0026 (JG)</u>

Dear Mr. Cohen:

      Enclosed please find supplemental discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Bates-stamped DC000000001 to DC000000002.

      Please contact me if you have any questions or additional requests.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

      By:        /s/
           Stephen E. Frank
           Michael Tremonte
           Assistant U.S. Attorneys
           (718) 254-6143 / 6389

Enclosure
cc: Clerk of the Court (JG) (w/o enclosure)