Joel S. Cohen, PC
128 Mott Street, Suite 706
New York, NY 10013
Tel:   212-571-8899
Fax: 212-571-9557
Email:jcesq99@aol.com

December 19, 2011

The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

**APPLICATION GRANTED**

*/s/ John Gleeson*
UNITED STATES DISTRICT JUDGE

Re: United States v. Daniel Cilenti
    <u>11 CR 26 (JG))</u>

Dear Judge Gleeson:

With the consent of the Government I respectfully request that the conference now scheduled in this matter for tomorrow morning be moved to January 13 at 10:00. The purpose of the requested adjournment is to enable me to obtain additional medical records from recent hospitalizations and a nursing home. I consent to the exclusion of speedy trial time from tomorrow until January 13. Thank you.

Very truly yours,

Joel S. Cohen (JC6998)

cc: AUSA Stephen E. Frank

*Adj. to January 13, 2012 at 10:00 AM. Speedy trial time is excluded for the reasons stated in this letter.*