Joel S. Cohen, PC
128 Mott Street, Suite 706
New York, NY 10013
Tel:   212-571-8899
Fax: 212-571-9557
Email:jcesq99@aol.com

January 11, 2012

The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

Re: United States v.  Daniel Cilenti
    <u>11 CR 26 (JG))</u>

Dear Judge Gleeson:

      There is a conference scheduled in this matter for this Friday, January 13, at 10:00 A.M. I ask, respectfully, that this conference be adjourned until Monday, February 6.  I need to obtain and provide the Government with records of my client's recent hospitalizations as well as his lengthy stay at the Sarah Neuman Nursing Home.  As well Mr. Cilenti was re-admitted to Lawrence Hospital this past Monday and I want to obtain the records generated by this stay.

      I have obtained a HIPAA release from Mr. Mazzella, who is Mr. Cilenti's health care proxy and has Power of Attorney.  I have committed to AUSA Stephen Frank that I will provide him with Mr. Cilenti's hospital and nursing home records NO LATER than January 20.  Mr. Frank has advised me that the requested adjourned date is convenient for him, and reflects the amount of time Dr. Barr will need to examine the records I will be providing.  Thank you.

The Honorable John Gleeson
United States District Judge
Re: United States v. Daniel Cilenti
Page two

                                            Very truly yours,

                                            /S

                                            Joel S. Cohen (JC6998)

cc: AUSA Stephen E. Frank