

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 17, 2012

<u>VIA ECF AND HAND DELIVERY</u>

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   United States v. Daniel Cilenti
             <u>Criminal Docket No. 11-0026 (JG)</u>

Dear Judge Gleeson:

      The government submits this letter to advise the Court of the status of its review of the defendant's recently disclosed medical records.

      The government's medical expert – Dr. William Barr, Chief of Neuropsychiatry at New York University – is currently reviewing the records produced by the defendant over the past week.  Based on his preliminary review of some of those records, Dr. Barr has indicated that he does not have sufficient information upon which to revise his previously expressed opinion that the defendant is competent to stand trial.  In order to make such a determination, Dr. Barr will need to examine the defendant personally.  The government will attempt to arrange that examination in cooperation with defense counsel and will update the Court at the status conference currently scheduled for March 2, 2012 at 10:30 a.m.

                                       Respectfully submitted,

                                       LORETTA E. LYNCH
                                       United States Attorney

                   By:   <u>/s/ Stephen E. Frank</u>
                         Stephen E. Frank
                         Assistant U.S. Attorney
                         (718) 254-6143

cc:  Joel Cohen, Esq. (by ECF)