

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SEF
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 1, 2012

**BY ECF and BY HAND**

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Daniel Cilenti
            Criminal Docket No. 11-0026 (JG)

Dear Judge Gleeson:

      The parties in the above-referenced case are scheduled to appear for a status conference tomorrow concerning the defendant's competency evaluation by Dr. William Barr.  Due to scheduling conflicts, Dr. Barr has been unable to evalute the defendant personally.  We are hopeful that he will be able to do so within the two weeks.

      The government has conferred with the defendant's counsel, and the parties would respectfully request that the Court adjourn tomorrow's status conference until March 21 at 12:00 p.m. – and enter an order excluding that time from speedy trial calculations – by which point we hope that we will be able to provide Dr. Barr's conclusions to the Court.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                    By:    /s Stephen E. Frank
                              Stephen E. Frank
                              Assistant U.S. Attorney
                              (718) 254-6143

cc: Joel Cohen, Esq.