Joel S. Cohen, PC
225 Broadway, Suite 1203
New York, NY 10007
Tel:   212-571-8899
Fax: 212-571-9557
Email:jcesq99@aol.com

March 6, 2012

VIA FACSIMILE
The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

Re: United States v. Daniel Cilenti
    11 CR 26 (JG))

Dear Judge Gleeson:

I write to advise that Daniel Cilenti died on March 2, 2012 at the Glen Island Nursing Home in New Rochelle. I will obtain a Death Certificate and provide it to the Court.

Very truly yours,

/S

Joel S. Cohen (JC6998)

cc: AUSAs Stephen Frank and Evan Norris